## Second-Street Road Continued.

Mandamus not to issue to the county commissioners, to pay for the valuation of ground taken up by a road, under an order of the sessions.

MR. LEWIS moved for a rule to shew cause, why a mandamus should not issue to the commissioners of Philadelphia county, to pay the monies awarded to                     according to the valuation made of his ground taken up by a road continuing second-street, in the city of Philadelphia.

. *Per cur.* This road has been laid out in pursuance of an order of sessions of Philadelphia county, and the valuation has been made in pursuance of their order. The contempt is to that court not to us. They will certainly vindicate their own honour, and carry their own orders into execution, and to them we must remit the application.

Mr. Sergeant then informed the court, that the same mode of practice had been pursued in other instances, on applications of a similar nature made to this court.

*156] * Deborah Wynne, James Christy, Joseph Nicholson and James Christy, junr. executors of George Wynne deceased *against* Richard Adams.

S. C. 2 Dall. 156.

On a rule for trial of *non pros,* the plaintiff cannot object that he has not filed his declaration.

*Sur* rule for trial or *non pros.* Mr. Heatly for the defendant, moved that a *non pros* might be entered according to the rule, the cause not having been brought on to trial, during the term.

Mr. Morris for the plaintiff objected, that though a plea had been put in and issue joined, no declaration had been filed, and the defendant should have taken a rule to declare, and thereby enforced the plaintiff to proceed without delay.

*Per curiam.* The plaintiff shall not take advantage of his own neglect and laches. Besides, if the objection has any weight, it should have been made when the rule was taken at the last term; and a case in the Common Pleas before Mr. Justice Shippen was cited, where in replevin, the cause being at issue, but no declaration filed, the defendant moved for trial, both parties being actors, and the present exception was taken, but the same was overruled by the court.

*Non pros* directed to be entered.